STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
ERIC S. TRABUCCO (Bar No. 295473)
  ETrabucco@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Luis Medina on behalf of the
Real Party in Interest, the State of California

IN THE UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | *District Court Case No. 14-CV-01302-LJO* |
| WILLIAM P. VANDER POEL, SR. | *Bankruptcy No. 12-16876* |
| Debtor. | *Adversary Proceeding No. 14-01007* |
| | *Superior Court of California,* *County of Tulare, Case No: 10-239899* |
| WILLIAM VANDER POEL, SR. | |
| Plaintiff, Appellee, | **ORDER** |
| vs. | |
| LUIS MEDINA, | |
| Defendant, Appellant. | |

1

Having read the Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED:

1. Appellant's opening brief shall be due no later than November 17, 2014. No further extensions of time to file this brief will be granted.

2. The Appellee's opening brief shall be due within fourteen (14) days after service of Appellant's opening brief.

3. Appellant may file a reply brief with the Court within fourteen (14) days after service of Appellee's opening brief.

4. Once all briefs have been submitted, the Appellant is to notify the Court in writing, within fourteen (14) days after service of Appellant's reply brief, that the appeal is ready for oral argument.

**SO ORDERED**
**Dated: October 28, 2014**

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**