STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
   MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
   JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Luis Medina

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | *District Court Case No. 14-CV-01302-LJO* |
| WILLIAM P. VANDER POEL, SR. | *Bankruptcy No. 12-16876* |
| Debtor. | *Adversary Proceeding No. 14-01007* |
| | *Superior Court of California,*<br>*County of Tulare, Case No: 10-239899* |
| WILLIAM VANDER POEL, SR. | **ORDER RE: *EX PARTE*** |
| Plaintiff, Appellee, | **APPLICATION TO EXTEND**<br>**APPELLANT'S TIME TO FILE** |
| vs. | **REPLY BRIEF PENDING COURT'S**<br>**CONSIDERATION OF MOTION TO** |
| LUIS MEDINA, | **DISMISS** |
| Defendant, Appellant. | |

1       GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS**:**

2       1.      That the time for Appellant to file his reply brief in this appeal is extend to 7-days

3 following the Court's decision on Appellee's Motion to Dismiss.

4 **SO ORDERED**
**Dated: December 12, 2014**

5

6                                <u>**/s/ Lawrence J. O'Neill**</u>
                                **United States District Judge**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*ORDER RE: EX PARTE* APPLICATION

*DIST. CT. CASE NO. 14-CV-01302-LJO*; *ADV. PRO. 14-01007*